1116

**Roman ALANIS and Enemencio Alanis v. STATE.**

No. 20392.

Court of Criminal Appeals of Texas.

March 8, 1939.

Tom Smiley, of Karnes City, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, punishment assessed against each appellant being five years in the penitentiary.

Each of said appellants have filed their affidavit advising this court that they wish to withdraw their appeal and no longer desire to prosecute same.

At their request, therefore, said appeal is dismissed.